IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAJOR O. HARDEN,       :
     Plaintiff,            :
                           :
    v.                    :     CIVIL ACTION NO. 25-CV-4976
                           :
C.O. NEAL, *et al.*,       :
     Defendants.        :

## ORDER

AND NOW, this 17th day of November, 2025, upon consideration of Plaintiff Major O.
Harden's Amended Complaint (ECF No. 8), and having previously granted Harden *in forma
pauperis* status (*see* ECF No. 6), it is **ORDERED** that:

1.      For the reasons set forth in the accompanying Memorandum:

      a.      The Court will direct service of Harden's condition-of-confinement claims
concerning the denial of drinking water against Defendants C.O. Neal and C.O Heard **only**.

      b.      All other claims are **DISMISSED WITH PREJUDICE** pursuant to 28
U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

2.      The Clerk of Court is **DIRECTED** to terminate C.O. Poole, C.O. Greene, John
Doe 1-3, and Jane Doe 1-3 as Defendants.

3.      The case shall proceed at this time to service by the U.S. Marshals Service, in
accordance with 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3), against the
following Defendants:

      a.      Corrections Officer Neal

      b.      Corrections Officer Heard

4.      In anticipation of service by the U.S. Marshals Service, the Clerk of Court is
**DIRECTED** to send to Harden: (a) a copy of the Court's accompanying Memorandum; (b) this

Order; and (c) one copy of the U.S. Marshals Service of Process Receipt and Return Form USM-285 ("USM-285 Form") for each Defendant listed in paragraph three (3) of this Order. The Clerk of Court is further **DIRECTED** to note the mailing on the docket.

5.      To proceed with service, Harden must complete a USM-285 Form for each Defendant listed in paragraph three (3) and return the completed forms to the Clerk's Office within **twenty-one (21) days** of the date of this Order. Service cannot be made by the U.S. Marshals Service until Harden completes and returns these forms.

6.      In completing the USM-285 Forms, Harden is instructed as follows:

a.      Harden should complete a separate USM-285 Form for each Defendant listed in paragraph three (3) of this Order. Only one Defendant's name should appear on each USM-285 Form.

b.      Harden shall not complete a USM-285 Form for any individual or entity that is not listed as a Defendant in paragraph three (3) of this Order, including but not limited to any Defendant who already has been dismissed from this case.

c.      Harden should include as much identifying information as possible for each Defendant, including the Defendant's first name, last name, and, where relevant, the Defendant's badge number.

d.      Harden must provide each Defendant's complete address at a location where that Defendant can be served. The U.S. Marshals Service cannot serve a Defendant at a P.O. Box address.

e.      Harden must sign each USM-285 Form on the signature block marked "Signature of Attorney other Originator requesting service on behalf of: PLAINTIFF", and provide the date the form was signed.

2

      f.      Failure to include a proper address may result in the Defendant not being served and/or the dismissal of Harden's claims against any such Defendant.

      7.      Harden is cautioned that failure to return the completed USM-285 Forms in accordance with the above instructions may result in dismissal of this case for failure to prosecute without further notice from the Court.

      8.      The Clerk of Court is **DIRECTED** to docket any USM-285 Forms that Harden returns in this case.

      9.      The Clerk of Court is **DIRECTED** not to issue summonses at this time. The Court will direct issuance of summonses upon receipt of properly completed USM-285 Forms.

**BY THE COURT:**

**GAIL A. WEILHEIMER, J.**